# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.H.F and Y.P.F.,<br><br>  Plaintiffs,<br><br>v.<br><br>E.F.F.<br><br>  Defendant. | CASE NO. 3:23-cv-03526-MAS-DEA<br><br>CIVIL ACTION<br><br>**NOTICE OF MOTION TO SEAL CASE**<br><br>Return Date:  August 21, 2023 |

TO:   Clerk, United States District Court for
       the District of New Jersey,
       Clarkson S. Fisher Federal Building
       and United States Courthouse
       402 East State Street
       Trenton, New Jersey 08608

   E.F.F.*, pro se Defendant*

PLEASE TAKE NOTICE that on August 21, 2023, at 10:00 A.M., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs above, shall move, before the Honorable Michael A. Shipp, United States District Court Judge for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ  08608 for the entry of an Order to Seal this matter in its entirety.

#6770597v1

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the accompanying Declaration of Daniel S. Sweetser, Esq. with exhibits.

By:   /s/ *Daniel S. Sweetser*
Daniel S. Sweetser
SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Rd. Ste. 200
Lawrenceville, N.J. 08648
Tel. (609) 275-0400; Fax. (609) 275-4511
dsweetser@szaferman.com
*Attorney for Plaintiffs*

Dated:  July 24, 2023

#6770597v1