# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.H.F and Y.P.F., <br><br> Plaintiffs, <br><br> v. <br><br> E.F.F. <br><br> Defendant. | CASE NO. 3:23-cv-03526-MAS-DEA <br><br> <u>CIVIL ACTION</u> <br><br> **NOTICE OF MOTION TO REDACT AND SEAL DOCUMENTS** <br><br> Return Date:  April 1, 2024 |

TO:   Clerk, United States District Court for
       the District of New Jersey,
       Clarkson S. Fisher Federal Building
       and United States Courthouse
       402 East State Street
       Trenton, New Jersey 08608

       E.F.F.*, pro se Defendant*

PLEASE TAKE NOTICE that on April 1, 2024, at 10:00 A.M., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs above, shall move, before the Honorable Michael A. Shipp, United States District Court Judge for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ  08608 for the entry of an Order to Redact and Seal Documents.

#6941807v1

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the accompanying Declaration of Kristine Dress, Esq. with exhibits.

>                     By:   /s/ *Kristine Dress*
>                           Kristine Dress
>                           Daniel S. Sweetser
>                           SZAFERMAN, LAKIND,
>                            BLUMSTEIN & BLADER, P.C.
>                           101 Grovers Mill Rd. Ste. 200
>                           Lawrenceville, N.J. 08648
>                           Tel. (609) 275-0400; Fax. (609) 275-4511
>                           dsweetser@szaferman.com
>                           *Attorney for Plaintiffs*

Dated:  March 6, 2024

#6941807v1